**SEALED**

FILED
JAN 18 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. A22 CR 010 RP |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | |
| v. | § | [Ct. I – Vio: 21 U.S.C. § 846 – Conspiracy to Distribute Carfentanil, Fentanyl, and Methamphetamine] |
| | § | |
| CHRISTOPHER ALDRIDGE (1), | § | |
| LIBRAN MCDONALD (2), | § | |
| JERRY TAYLOR (3), and | § | |
| JACOREY WASHINGTON (4), | § | |
| | § | |
| Defendants. | § | |

1

INDICTMENT – ALDRIDGE et al.

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1.  At various times material to this indictment, the Defendants:

    **CHRISTOPHER ALDRIDGE (1),
    LIBRAN MCDONALD (2),
    JERRY TAYLOR (3),
    JACOREY WASHINGTON (4),**

and others known and unknown to the Grand Jury, were members of a drug distribution conspiracy to distribute carfentanil,[1] fentanyl, and other illegal narcotics. The drug distribution network of this conspiracy included numerous distributors in Austin, Texas.

2.  Telephones were utilized extensively by members of the conspiracy in order for co-conspirators to coordinate drug deals. Co-conspirators would learn when drugs were available, the quantity and quality of the drugs available, the price to be charged, and the location where the deal could be conducted.

    **Objective of the Conspiracy**

3.  The objective of the conspiracy was to make money for the co-conspirators from the sale of controlled substances without being caught by law enforcement. In order to ensure that conspirators maximized their chances of avoiding detection by law enforcement, a number of protective measures were utilized in order to defeat tactics which law enforcement might utilize to uncover and curtail their illegal activities. These protective measures included the use of coded language over the telephone; the use of cell phones that could be easily discarded and/or placed under false names and addresses; and the use of multiple vehicles. In addition to protective measures regarding phones, co-conspirators exercised protective measures while driving to and

---

[1] Carfentanil is a Schedule II synthetic opioid that is 10,000 times more potent than morphine and 100 times more potent than fentanyl.

from drug related meetings. These measures included being very vigilant for any law enforcement surveillance. Co-conspirators would look at surrounding vehicles to determine if they might be unmarked police vehicles monitoring their movements.

**Coded Language**

4. Coded language was commonly utilized during drug-related phone calls in an effort to make the drug-related nature of the phone calls less obvious. Suppliers and customers would use abbreviated numbers to indicate the quantity and price for controlled substances.

**Cell Phones**

5. The use of cell phones made it easier for coconspirators to defeat tactics utilized by law enforcement to uncover their activities. Co-conspirators used cell phones registered to other persons. Suppliers would frequently change their cell phones which made it more difficult for law enforcement to keep up with each conspirator's currently utilized telephone number. When co-conspirators suspected that their previously used cell phone telephone number might have been compromised, such as when one of their customers was arrested, they could easily quit using or "drop" a cell phone and quickly obtain a new cell phone.

## COUNT ONE
### Conspiracy to Distribute Carfentanil, Fentanyl, and Methamphetamine
### [21 U.S.C. § 846 {841(a)(1) & (b)(1)(C)}]

6. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

7. Beginning in or around April 2020 and continuing until on or about the date of this Indictment, in the Western District of Texas, the Defendants,

**CHRISTOPHER ALDRIDGE (1),**
**LIBRAN MCDONALD (2),**
**JERRY TAYLOR (3), and**
**JACOREY WASHINGTON (4),**

did knowingly, unlawfully and willfully combine, conspire, confederate and agree with each other and others both known and unknown to the Grand Jury to distribute a mixture and substance containing a detectable amount of carfentanil, fentanyl, and methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846 {841(a)(1) & 841(b)(1)(C)}.

### OVERT ACTS

8. In furtherance of the conspiracy and in order to effect the objects thereof, the Defendants and their co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed one or more of the following overt acts, among others, in the Western District of Texas and elsewhere:

**OA 1:** On or about July 11, 2020, JACOREY WASHINGTON was in possession of approximately 22 pills containing methamphetamine, 1.07 grams of powder containing carfentanil, and a firearm.

**OA 2:** On or about July 22, 2020, CHRISTOPHER ALDRIDGE sold approximately 95 pills containing methamphetamine and approximately .376 grams of cocaine to a confidential

4

source. During the meeting, ALDRIDGE called JERRY TAYLOR on behalf of the confidential source and gave TAYLOR the confidential source's phone number. TAYLOR then texted the confidential source two phone numbers for TAYLOR's drug couriers, one of whom was LIBRAN MCDONALD.

**OA 3:** On or about July 27, 2020, LIBRAN MCDONALD sold approximately 196 pills (31.27 grams) containing carfentanil to a confidential source.

**OA 4:** On or about August 5, 2020, JACOREY WASHINGTON called a confidential source and told the source he (WASHINGTON) would be supplying the pills the source had ordered from LIBRAN MCDONALD because JERRY TAYLOR did not trust MCDONALD with that large of a sum of money. The next day, August 6, 2020, JACOREY WASHINGTON sold approximately 389 pills (64.12 grams) containing carfentanil to a confidential source.

**OA 5:** On or about September 17, 2020, CHRISTOPHER ALDRIDGE was in possession of three blue pills, one of which contained carfentanil, and a firearm at his residence as revealed by the execution of a search warrant.

**OA 6:** On or about November 23, 2020, JACOREY WASHINGTON was in possession of pills containing methamphetamine and pills containing heroin, as revealed following a traffic stop.

**OA 7:** On or about April 19, 2021, JERRY TAYLOR sent two $500 payments via CashApp to an unindicted conconspirator as payment for a drug debt.

**OA 8:** On or about July 8, 2021, JERRY TAYLOR supplied approximately 248 pills (26 grams) containing fentanyl to an unindicted coconspirator for resale.

**OA 9:** On or about August 16, 2021, JERRY TAYLOR offered to sell 1,000 pills to an unindicted conconspirator.

**OA 10:** On or about June 8, 2021 through July 6, 2021, JERRY TAYLOR and an

unindicted coconspirator communicated on multiple occasions via text and voice call regarding their ongoing drug distribution and the collection/payment of drug debts and proceeds.

9.  All in violation of 21 U.S.C., Sections 846 {841(a)(1), and 841(b)(1)(C)}.

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

10. The quantity of the controlled substances and currency involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant conservatively estimated by the Government based on the information known at the time of indictment is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| **CHRISTOPHER ALDRIDGE (1)** | Approximately 95 pills methamphetamine<br>Approximately .376 grams cocaine |
| **LIBRAN MCDONALD (2)** | Approximately 31.27 grams carfentanil |
| **JERRY TAYLOR (3)** | Approximately 96.27 grams carfentanil<br>Approximately 26 grams fentanyl<br>Approximately .5 kilograms cocaine |
| **JACOREY WASHINGTON (4)** | Approximately 65 grams carfentanil |

12.   All in violation of Title 21, United States Code, Sections 846 {841(a)(1) and 841(b)(1)(C)}.

A TRUE BILL:

Original signed by the foreperson of the Grand Jury

ASHLEY C. HOFF
United States Attorney

By:

_____  GRANT SPARKS
  fr KEITH M. HENNEKE
Assistant United States Attorney

7

INDICTMENT – ALDRIDGE et al.