IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | 1:22-CR-10-RP-1 |
| CHRISTOPHER ALDRIDGE, et al, | § § § | |
| Defendants. | § | |

**<u>ORDER</u>**

Before the Court is Christopher Aldridge's ("Defendant") motion for early release of probation. (Dkt. 204). In his motion, Defendant requests that he be released early from his term of five years of probation. (*Id.* at 1). Defendant was sentenced by the undersigned on December 5, 2022 for his offense of Conspiracy to Distribute Carfentanil, Fentanyl, and Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C). Defendant has completed about half of his sentence term.

Defendant supports his request for early release by highlighting (1) his satisfactory completion of the conditions of probation and his compliance with the conditions set before his sentencing, including alcohol and drug testing, and (2) his employment as a medical assistant and time spent with his three children. (*Id.*). In the certificate of conference, Defendant states that the government opposes Defendant filing his motion and his probation officer does not oppose him filing the motion. (*Id.* at 1-2).

After consideration of Defendant's motion, the Court finds that the motion should be denied. The Court finds that early termination is not appropriate at this time. District courts enjoy considerable discretion in determining when the interest of justice warrants early termination. *United States v. Tacker*, 672 F. App'x 470, 471 (5th Cir. 2017). Compliance with the terms of the sentence and with the law alone are not necessarily sufficient to merit early termination. Otherwise, every

defendant who complied with the terms would be eligible for early release, allowing the exception to swallow the rule. While the Court does not find any extraordinary or compelling reasons to justify early termination in this case at this time, the Court does commend Defendant for his continued compliance with the conditions of his sentence and his contributions to the community as a parent and health care worker.

For these reasons, **IT IS ORDERED** that the motion for early release of probation, (Dkt. 204), is **DENIED**.

**SIGNED** on July 9, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE